**Motion Granted and Order filed June 21, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00269-CV
_____

**MICHAEL SCOTT, Appellant**

**V.**

**FURGAN ALI, Appellee**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 08-DCV-163223**

---

## O R D E R

The clerk's record was filed April 9, 2012. Pursuant to appellant's request, this court ordered the record supplemented with appellant's motion to retain filed December 5, 2011. On June 5, 2012, the Fort Bend County District Clerk filed a supplemental clerk's record containing an affidavit from a supervisor stating, "Motion to Retain Case is <u>not</u> a part of the case filed. According to our records, there were no pleadings filed on December 5, 2011 in this case."

On June 11, 2012, appellant filed a motion for extension of time to file his brief. As good cause, appellant stated that he is waiting for the supplemental clerk's record to be filed. The supplemental clerk's record has been filed, but the document appellant seeks is not part of the case file.

Accordingly, we **GRANT** appellant's request for an extension of time to file his brief. Appellant's brief shall be due on or before **July 20, 2012. No further extensions will be considered absent exceptional circumstances.**

PER CURIAM